

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ-PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

No briefs will be filed under Rule 25.

Misc. No. 11–8020/AR. Joseph C. Bozicevich, Jr., Petitioner v. Tara A. Osborn, Colonel, U.S. Army, Convening Authority, The United States Army, and the United States, Respondents. CCA 20110173. On consideration of Petitioner's petition for extraordinary relief in the nature of a writ of mandamus and his motion for a stay of the proceedings, it is ordered that said petition is hereby denied without prejudice to raising the issues presented during the normal course of appellate review should Petitioner be convicted, and said motion is denied as moot.

Friday, April 15, 2011

No. 10–0512/AR. U.S. v. Troy D. Gaddis. CCA 20080150. Appellee's motion for leave to file a response to Appellant's supplement brief granted.